UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MOHAMED ALAOUIE,                              :
                Plaintiff,          :       ORDER
                                           :
  -v.-                                        :       08 Civ. 9148 (JSR) (GWG)
                                           :
CHARLES STREIMER et al.,                      :
                Defendants.         :
                                           :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      The defendants are directed to send a letter to the Court responding to the assertion contained in plaintiff's letter of September 24, 2009, that he has previously made a request to them to "find the names of . . . John/Jane Doe" defendants and that defendants have not responded to the request for these names.

      Defendants shall state (1) whether there has been such a request; and (2) shall attach a copy of the plaintiff's request to their response. They shall further state what, if anything, prevents them from providing this information (along with an address for service and any shield number) to plaintiff immediately.

      This letter shall be sent <u>on or before Friday, October 9, 2009, at 12:00 noon.</u>

Dated:  New York, New York
           October 7, 2009

                                          SO ORDERED:

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09

Copies to:

Mohamed Alaouie
DIN# 01-A-0504
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821-0051

Sabrina Jiggetts
Assistant Attorney General
120 Broadway 24th Floor
New York, NY  10271